UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARC EDWARD MANI,<br><br>    Defendant. | CR NO. 17CR00322<br><br>I N F O R M A T I O N<br><br>[31 U.S.C. §§ 5314 and 5322(a), 31 C.F.R. §§ 1010.350(a), 1010.306(c), and 1010.306(d)); Willful Failure to File Reports of Foreign Bank and Financial Accounts FinCEN Form 114] |

    The United States Attorney charges:

    [31 U.S.C. §§ 5314 and 5322(a), 31 C.F.R. §§ 1010.350(a), 1010.306(c), and 1010.306(d)]

    1.    United States citizens, resident aliens, and legal permanent residents of the United States who have a financial interest in, or signature or other authority over, one or more financial accounts in a foreign country with an aggregate value of more than $10,000 at any time during a particular calendar year are required to file with the Department of Treasury a Report of Foreign Bank and Financial Accounts, FinCEN Form 114 (formerly Form TD F 90-22.1) ("FBAR"). This report is due by June 30 of the following year.

//

2. The FBAR reporting requirement is separate from the obligation of a United States citizens or resident to indicate on a Federal income tax return (Form 1040, Schedule B) whether that individual has an interest in a financial account in a foreign country by checking "Yes" or "No" in the appropriate box. The FBAR is an annual report, filed with the Internal Revenue Service ("IRS").

3. During the calendar year 2013, defendant MARC EDWARD MANI ("MANI"), a resident of Beverly Hills, California, had an interest in or signature or other authority over at least one financial account at Mashreq Bank in the United Arab Emirate of Dubai, having an aggregate value exceeding $10,000.

//
//
//

4. On or about June 30, 2014, within the Central District of California and elsewhere, defendant MANI did knowingly and willfully fail to file a Report of Foreign Bank and Financial Accounts (FinCEN Form 114) (FBAR) disclosing that he had a financial interest in, and a signature or other authority over, a financial account in a foreign country, namely, defendant MANI's Dubai bank account at Mashreq Bank, which had an aggregate value of more than $10,000 during the year 2013.

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

CHARLES PARKER
JAMES C. HUGHES
Assistant United States Attorneys
Tax Division