NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CBN 263878)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4961
    Facsimile: (213) 894-0115
    E-mail:   james.hughes2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARC EDWARD MANI,<br><br>    Defendant. | No. CR 17-322-RGK<br><br>SUPPLEMENT TO GOVERNMENT'S POSITION RE: SENTENCING OF DEFENDANT<br><br>Hearing Date: September 17, 2018<br>Hearing Time: 10:00 a.m.<br><br>Courtroom: Courtroom 850<br>    Roybal Federal Building<br>    and U.S. Courthouse 255<br>    E. Temple Street<br>    Los Angeles, CA 90012 |

    Plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, files this supplement to the government's sentencing position for defendant MARC EDWARD MANI.

    On September 4, 2018, the United States filed its sentencing position in the abovementioned case. (ECF No. 25). As part of its sentencing position, the United States recommended that defendant be ordered to pay restitution in the amount of $283,887.92, as opposed

to the $637,878 restitution figure referenced in defendant's plea agreement.  The government made this recommendation in order to take account of payments made to the Internal Revenue Service ("IRS") by defendant prior to the filing of the government's sentencing position.

Following the filing of the government's sentencing position, defendant made additional payments to the IRS in satisfaction of his outstanding tax liabilities for the periods at issue in this case.  Accordingly, the government hereby revises its sentencing position, and recommends that no order of restitution be made by the Court in this case.  In all other aspects, the government's sentencing position remains unchanged.

Dated: September 14, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

                /S/
JAMES C. HUGHES
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA